970.  CLEMENTS *et al. v.* NATIONAL BANK OF TIFTON.

HILL, C. J.　1. A sued B, C, and D, as makers of a promissory note, also claiming attorneys' fees, and alleging the statutory notice therefor. B answered, admitting the execution of the note as principal maker, with C and D as sureties, and his indebtedness for principal and interest, but denied the allegation of notice of the claim for attorneys' fees. C and D made no defense. Judgment was rendered by the court against B for principal and interest, and against C and D for principal, interest, and attorneys' fees. *Held,* the judgment was erroneous as to the attorneys' fees against C and D. If in fact they were all joint principals, they were equally liable.

2. If C and D were sureties for B, no judgment could be lawfully rendered for a greater amount against the sureties than against the principal. The judgment for attorneys' fees against C and D should be written off.

*Affirmed, with direction.*

Complaint, from city court of Nashville—Judge Peeples. December 10, 1907.

Submitted February 25,—Decided April 22, 1908.

*J. H. Powell, Watts Powell,* for plaintiffs in error.

*R. D. Smith, R. S. Foy,* contra.